# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO (COLUMBUS)

| | |
|---|---|
| JUSTIN MORRIS ) | |
| C/O WARREN LAW FIRM, LLC ) | |
| 174 W. MAIN ST. ) | |
| CHILLICOTHE, OHIO 45601 ) | |
| ) | CASE NO.: |
| Plaintiff, ) | |
| vs. ) | JUDGE: |
| ) | |
| MICHAEL SHAW ) | |
| 514 WALNUT CREEK RD. ) | |
| CHILLICOTHE, OHIO 45601 ) | |
| ) | |
| And ) | |
| ) | |
| OHIO MUTUAL INSURANCE GROUP ) | |
| C/O DAVID G. HENDRIX ) | |
| 1725 HOPLEY AVE. ) | |
| BUCYRUS, OHIO 44820 ) | |
| ) | |
| And ) | |
| ) | |
| CENTERS FOR MEDICARE AND ) | |
| MEDICAID SERVICES ) | **COMPLAINT FOR DAMAGES** |
| 7500 SECURITY BLVD. ) | **AND FOR DECLARATION** |
| BALTIMORE, MD. 21244 ) | **OF RIGHTS** |
| ) | |
| Defendants. ) | |

Comes now Plaintiff, Justin Morris, and for Complaint states the following:

1. On or about March 2, 2018, on US 35 in Ross County, Ohio Defendant, Michael Shaw drove his vehicle into the rear end of a vehicle in which Plaintiff, Justin Morris was driving.

2. Defendant owed a duty of care to Plaintiff and to the general public to operate his vehicle so as not to damage others.

3. Defendant violated that duty of care by negligently driving his 2009 Nissan Altima into Plaintiff's vehicle

4. As a direct and proximate result of Defendant negligence and Defendant negligence per se, Plaintiff suffered damages.

5. Plaintiff damages include without limitations, medical bills, lost wages, reduced enjoyment of life, pain and suffering, inability to work.

6. Plaintiff's damages exceed $25,000.00.

## OHIO MUTUAL INSURANCE GROUP MED PAY LIEN

7. Ohio Mutual Insurance Group has made payments for medical bills for the benefit of Plaintiff. Pursuant to contract, Ohio Mutual Insurance Group may have an interest in this matter.

## MEDICARE LIEN

8. Medicare has made payments for medical bills for the benefit of Plaintiff. Pursuant to statute, Medicare has an interest in this matter.

## JURISDICTION

9. Medicare's claim arises under the Medicare Act, a federal claim. Medicare is a necessary party because it has an interest in the proceeds of this action pursuant to 42 C.F.R.

§411.24. This Court has jurisdiction over the entire case because an agency of the United States is a party pursuant to 23 U.S.C. §1442.

Wherefore, for all the foregoing, Plaintiff prays for judgment against Defendant in an amount sufficient to compensate him for his injuries, harms and losses, and for a determination of the rights and responsibilities of Ohio Mutual Insurance Group and Medicare.

                                                  Respectfully Submitted,

                                                  /s/Michael Wm Warren
Michael Wm Warren (0074557)
Warren Law Firm, LLC
174 W., Main Street
Chillicothe, Ohio 45601
P:(740) 774-4357
F:(866) 503-7887
mwarren@buckeyelegal.com

## U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO (COLUMBUS)

| | |
|---|---|
| JUSTIN MORRIS ) <br> C/O WARREN LAW FIRM, LLC ) <br> 174 W. MAIN ST. ) <br> CHILLICOTHE, OHIO 45601 ) <br> ) | CASE NO.: |
| Plaintiff, ) <br> vs. ) | JUDGE: |
| ) <br> MICHAEL SHAW ) <br> 514 WALNUT CREEK RD. ) <br> CHILLICOTHE, OHIO 45601 ) <br> ) <br> And ) <br> ) <br> OHIO MUTUAL INSURANCE GROUP ) <br> C/O DAVID G. HENDRIX ) <br> 1725 HOPLEY AVE. ) <br> BUCYRUS, OHIO 44820 ) <br> ) <br> And ) <br> ) <br> CENTERS FOR MEDICARE AND ) <br> MEDICAID SERVICES ) <br> 7500 SECURITY BLVD. ) <br> BALTIMORE, MD. 21244 ) <br> ) <br> Defendants. ) | **PREACIPE** |

TO THE CLERK:

    Kindly serve the complaint by U.S. Certified Mail to:

MICHAEL SHAW<br>
514 WALNUT CREEK RD.<br>
CHILLICOTHE, OHIO 45601<br>
<br>
And

OHIO MUTUAL INSURANCE GROUP
C/O DAVID G. HENDRIX
1725 HOPLEY AVE.
BUCYRUS, OHIO 44820

And

CENTERS FOR MEDICARE AND
MEDICAID SERVICES
7500 SECURITY BLVD.
BALTIMORE, MD. 21244


/s/Michael Wm Warren
Michael Wm Warren (0074557)
Warren Law Firm, LLC
174 W., Main Street
Chillicothe, Ohio 45601
P:(740) 774-4357
F:(866) 503-7887
mwarren@buckeyelegal.com