**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

JUSTIN MORRIS,

      Plaintiff,                  :      Case No. 2:19-cv-1339

     -vs-                         Judge Sarah D. Morrison
                                Magistrate Judge Elizabeth Preston Deavers

MICHAEL SHAW, *et al*.,
                              :

     Defendants.

## ORDER

     This matter is before the Court for consideration of a Report and Recommendation

(R&R) issued by the Magistrate Judge on July 9, 2019. (ECF No. 23). In that filing, the

Magistrate Judge recommended that Plaintiff's claims against Defendant Centers for Medicare

and Medicaid Services be dismissed without prejudice for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no

objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the

R&R (ECF No. 23) and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against

Defendant Centers for Medicare and Medicaid Services. The Clerk is **DIRECTED** to terminate

Centers for Medicare and Medicaid Services from the docket as a party to this action.

     **IT IS SO ORDERED.**

                            /s/ Sarah D. Morrison
                           SARAH D. MORRISON
                           UNITED STATES DISTRICT JUDGE